BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Humbertino GONZALEZ-Gonzalez<br>AKA: Gueyo GONZALES-Gonzalez<br>Roberto GONZALEZ,<br><br>                Defendant. | CASE NO. 1:12-MJ-199-SKO<br><br>MOTION TO DISMISS CRIMINAL COMPLAINT AND ORDER |

The United States of America moves to DISMISS the criminal complaint in the above-captioned matter.

DATED:　　August 23, 2012　　　　　　　　　　/s/ Yasin Mohammad
　　　　　　　　　　　　　　　　　　　　　　　YASIN MOHAMMAD
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

On motion of the United States of America, the criminal complaint in this matter is DISMISSED.

IT IS SO ORDERED.

　　Dated:　**August 24, 2012**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE